**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lashanda Dixon

Plaintiff,

v.

Case No.: 1:25−cv−13238
Honorable Matthew F. Kennelly

Halo Security Group LLC, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. Both sides' request for two additional weeks to respond to initial written discovery requests is granted based on the representation that this will not impact other deadlines. The parties are directed to submit a motion for entry of a (hopefully agreed) protective order by 9/1/2026. The telephonic status hearing set for 8/24/2026 is vacated and reset to 10/23/2026 at 9:00 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 19/16/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.